UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 9, 2011

No. 10-1289

SHAHER ALZAARIR,
Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
Respondent
(Agency No. A095-820-824)

Present:  RENDELL, JORDAN and VAN ANTWERPEN, Circuit Judges

Motion by Respondent to Publish Opinion Filed February 25, 2011.

Respectfully,
Clerk/tmk

_____ORDER_____
The foregoing motion is hereby GRANTED.

By the Court,


/s/Marjorie O. Rendell
Circuit Judge


Dated: April 14, 2011
tmk/cc: Manuel F. Rios, Esq.
       Shelley Goad, Esq.
       Julia J. Tyler, Esq.